No. 75–531.   Texas State Board of Public Accountancy *v.* United States.   C. A. 5th Cir.   Certiorari denied.

No. 75–598.   Shannon et al. *v.* Morales et al. C. A. 5th Cir.   Certiorari denied.

No. 75–609.   Morton et al. *v.* Charles County Board of Education et al.   C. A. 4th Cir.   Certiorari denied.

No. 75–613.   Metcalf *v.* California.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 75–626.   Nolan *v.* Meyer et al., Trustees. C. A. 2d Cir.   Certiorari denied.

No. 75–629.   Kline et ux. *v.* Heyman et al.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 75–5207.   Anderson *v.* United States; and
No. 75–5424.   Hughes *v.* United States.   C. A. 6th Cir.   Certiorari denied.   Reported below: 517 F. 2d 1405.

No. 75–5254.   Skaggs et al. *v.* United States.   C. A. 7th Cir.   Certiorari denied.

No. 75–5340.   Rios-Rodriguez *v.* United States. C. A. 5th Cir.   Certiorari denied.

No. 75–5359.   Borom *v.* United States.   C. A. 7th Cir.   Certiorari denied.

No. 75–5393.   Hansma *v.* United States.   C. A. 9th Cir.   Certiorari denied.